# AFFIDAVIT OF PROCESS SERVER

Job # DB2403164

**Client Info:**

HYLAND LAW PLLC - Timothy B. Hyland
1818 Library Street, Suite 500
Reston, VA  20190

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>INFINITY CAPITAL INCOME FUND, LLC<br>-versus-<br>**DEFENDANT:**<br>JUSTIN NGUYEN, A/K/A DUC NGUYEN | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br>Court Case # **6:24-cv-01869-JSS-LHP** |

**Service Info:**

**Received by Joshua Kes: on October, 23rd 2024** at **12:57 PM**
Service: I Served **JUSTIN NGUYEN, A/K/A DUC NGUYEN**
With: **SUMMONS IN A CIVL ACTION & COMPLAINT**
by leaving with **Diam Nguyen, CO-RESIDENT**

**At Residence 244 FOUNTAIN LAKE BOULEVARD APT 201 DAYTONA BEACH, FL 32117**
Latitude: **29.227585**,   Longitude: **-81.067768**

On **10/24/2024** at **03:10 PM**
**Manner of Service: SUBSTITUTE (CO-RESIDENT)**
PURSUANT TO 48.031 (1)(a) SUBSTITUTE SERVICE WAS PERFORMED BY LEAVING A TRUE COPY OF THIS PROCESS, WITH THE SERVER'S INITIALS OR SIGNATURE, IDENTIFICATION/BADGE NUMBER (IF APPLICABLE) AND THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, AND A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER, AT THE WITHIN NAME PERSON'S USUAL PLACE OF ABODE WITH A PERSON RESIDING THEREIN OVER FIFTEEN YEARS OF AGE TO WIT: NAME: **Diam Nguyen** , RELATIONSHIP: **CO-RESIDENT** AND INFORMING SUCH PERSON OF THEIR CONTENTS.

**Served Description:  (Approx)**

Age: **65**, Sex: **Male**, Race: **Asian-Pacific Islander**, Height: **5' 7"**, Weight: **160**, Hair: **Black** Glasses: **No**

**Military Status:**

**Military Status = No**

**Service Comments:**

Was advised by coresident subject is out in Vietnam for another month or two, left copy of documents with resident per request of the client.

I certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:_____
**Joshua Kes**
Lic # **Court Appointed**

**HYLAND LAW PLLC - Timothy B. Hyland**
1818 Library Street, Suite 500
Reston, VA 20190

Job # DB2403164

SUBSCRIBED AND SWORN to before me this ____25_____ day of ____October_____ , __2024__, by **Joshua Kes**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.




1 of 2

**HYLAND LAW PLLC - Timothy B. Hyland**
1818 Library Street, Suite 500
Reston, VA 20190

Job # DB2403164

Job # DB2403164



*Mikhael Goldgisser*

_____
NOTARY PUBLIC for the state of Florida


